Order issued January 18 , 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00555-CR

## TOMMY RAY MITCHELL, Appellant

## V.

## THE STATE OF TEXAS, Appellee

# O R D E R

Before Justices Moseley, Francis, and Lang

Based on the Court's opinion of this date, we **GRANT** counsel's September 18, 2012 motion for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Adrienne A. Dunn and Nanette Hendrickson as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Tommy Ray Mitchell, Book-in No. 12042281, Dallas County Jail, P.O. Box 660334, Dallas, Texas, 75266-0334.

_____
DOUGLAS S. LANG
JUSTICE